ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Bank of America. N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET M. OKAMOTO,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; YOUR CREDIT INC D/B/A/ FAMILY FINANCE; MUTUAL OF OMAHA BANK; GENTRY FINANCE CORP OF NEVADA D/B/A/ SAHARA FINANCE; YOUR CREDIT INC. D/B/A/ STANDARD LOAN; GENTRY FINANCIAL INC. D/B/A/ STAR LOANS; RBS COMPUTER INC. D/B/A/ ROYAL MANAGEMENT CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.:  2:15-cv-01800-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties respectfully submit the following Amended Stipulation to allow Defendant Bank of America, N.A. thirty additional days from the date of entry of this order to file a responsive pleading. Plaintiff Margaret Okamoto (**Plaintiff**) filed her complaint on September 18, 2015. ECF No. 1. Pursuant to Stipulation of the parties, Bank of America shall have until November 13, 2015 to file a responsive pleading.

{36392984;1}

### REASONS FOR THE REQUEST

Bank of America needs additional time to respond because Bank of America's counsel only recently received the referral for defense of this action. This request is to allow additional time for the Bank of America's counsel to gather documents sufficient to inform its responsive pleading and to allow the parties to engage in initial settlement discussions.

This is the parties' first request for an extension.

DATED this 13th day of October, 2015.

| HAINES & KRIEGER, LLC | **AKERMAN LLP** |
|---|---|
| /S/ *David Krieger* <br> DAVID H. KRIEGER, ESQ. <br> HAINES & KRIEGER, LLC <br> Nevada Bar No, 9086 <br> 8985 S. Eastern Avenue, Suite 130 <br> Las Vegas, NV  89123 <br><br> *Attorneys for Plaintiff* | /s/ *Matthew Knepper* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> MATTHEW I. KNEPPER <br> Nevada Bar No. 12796 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Defendant Bank of America, N.A.* |

**IT IS SO ORDERED:**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

DATED: October 14, 2015

{36392984;1}

2