David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Margaret M. Okamoto,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; YOUR CREDIT INC. D/B/A FAMILY FINANACE; MUTUAL OF OMAHA BANK; GENTRY FINANCE CORP OF NEVADA D/B/A SAHARA FINANCE; YOUR CREDIT INC. D/B/A/ STANDARD LOAN; GENTRY FINANCIAL INC. D/B/A STAR LOANS; and RBS COMPUTER INC. D/B/A ROYAL MANAGEMENT CORPORATION,<br><br>    Defendants. | Case No. 2:15-cv-01800-GMN-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BANK OF AMERICA, NATIONAL ASSOCIATION ONLY** |

Plaintiff Margaret M. Okamoto and Bank of America, National Association hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to,**

Page **1** of **2**

**Bank of America, National Association**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:           January 31, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Matthew Knepper, Esq. |
| David H. Krieger, Esq. | Matthew Knepper, Esq. |
| Nevada Bar No. 9086 | Akerman, LLP |
| HAINES & KRIEGER, LLC | *Attorney for Defendant Bank of America, National Association* |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

Defendant Bank of America, National Association's Motion to Dismiss (ECF No. 22) is hereby **DENIED** as moot.

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: February 9, 2016