David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Margaret M. Okamoto, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION; YOUR CREDIT INC. D/B/A FAMILY FINANACE; MUTUAL OF OMAHA BANK; GENTRY FINANCE CORP OF NEVADA D/B/A SAHARA FINANCE; YOUR CREDIT INC. D/B/A/ STANDARD LOAN; GENTRY FINANCIAL INC. D/B/A STAR LOANS; and RBS COMPUTER INC. D/B/A ROYAL MANAGEMENT CORPORATION, <br><br> Defendants. | Case No. 2:15-cv-01800-GMN-GWF <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO MUTUAL OF OMAHA BANK ONLY** |

Plaintiff Margaret M. Okamoto and MUTUAL OF OMAHA BANK hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, MUTUAL**

Page 1 of 2

**OF OMAHA BANK**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:  April 20, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By: /signature/

Nicole M. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
*Attorney for Defendant*

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: May 4, 2016