David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Margaret M. Okamoto*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Margaret M. Okamoto,<br><br>              Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; YOUR CREDIT INC. D/B/A FAMILY FINANACE; MUTUAL OF OMAHA BANK; GENTRY FINANCE CORP OF NEVADA D/B/A SAHARA FINANCE; YOUR CREDIT INC. D/B/A/ STANDARD LOAN; GENTRY FINANCIAL INC. D/B/A STAR LOANS; and RBS COMPUTER INC. D/B/A ROYAL MANAGEMENT CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>              Defendants. | Case No. 2:15-cv-01800-GMN-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTION, INC. ONLY** |

      Plaintiff Margaret M. Okamoto and Experian Information Solutions, Inc. ("Experian") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and

**ONLY as to, Experian**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: May 27, 2016

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/Bob L. Olson, Esq.<br>Snell & Wilmer, LLP<br>*Attorney for Defendant* |
|---|---|

### ORDER

**IT IS SO ORDERED.**
The Clerk of the Court shall close the case.

**DATED** _____ June 2, 2016.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT